# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY L. FLETCHER,<br><br>  Plaintiff,<br><br>  v.<br><br>STU SHERMAN,<br><br>  Defendant. | Case No. 1:18-cv-01317-LJO-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF NO. 7)<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br>(ECF NO. 2)<br><br>ORDER REQUIRING PLAINTIFF TO PAY $400.00 FILING FEE IN FULL WITHIN THIRTY DAYS |

Gregory Fletcher ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 10, 2018, Plaintiff filed an application to proceed in forma pauperis. (ECF No. 2). On December 6, 2018, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that Plaintiff's application to proceed in forma pauperis be denied because Plaintiff has at least three 28 U.S.C. § 1915(g) "strikes" and does not qualify for the imminent danger exception. (ECF No. 7).

Plaintiff was provided an opportunity to file objections to the findings and

recommendations. The deadline for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued by the magistrate judge on December 6, 2018, are ADOPTED IN FULL;
2. Plaintiff's application to proceed in forma pauperis is DENIED;
3. Plaintiff shall pay the $400 filing fee in full within thirty days from the date of service of this order if he wants to proceed with this action; and
4. Failure to pay the filing fee within thirty days from the date of service of this order will result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **January 11, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE